COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Robin Chidi Onwuchuruba v. Mojidol Gladys Onwuchuruba.

Appellate case number:   01-16-00471-CV

Trial court case number:  16-DCV-230395

Trial court:                     387th District Court of Fort Bend County

On October 24, 2016, appellant, Robin Chidi Onwuchuruba, filed an affidavit of indigence in this Court. *See* Tex. R. App. P. 20.1(a)(2)(A). By letter dated November 3, 2016, we sent the affidavit of indigence to the trial court clerk. The district clerk has filed a clerk's record on indigence containing the trial court's November 22, 2016 order sustaining a contest to appellant's affidavit of indigence. *See id.* 20.1(e)(1), (i)(4). Appellant did not file a motion seeking review of the trial court's order within 10 days of the order. *See id.* 20.1(j)(1), (2). Therefore, the required filing fee is due.

Appellant is ORDERED to pay one-half of the $205 filing fee to this Court no later than 10 days from the date of this order and the other one-half of the $205 filing fee to this Court no later than 30 days from the date of this order, or the Court may dismiss the appeal. *See* Tex. R. App. P. 5; 42.3.

It is further ORDERED that, no later than 30 days from the date of this order, appellant file with this Court proof that she has requested and paid or made arrangements to pay for preparation of the reporter's record, or the Court may consider and decide only those issues or points that do not require a reporter's record for a decision. *See* Tex. R. App. P. 34.6(b)(1), 35.3(b)(2), (b)(3), (c), 37.3(c).

It is so ORDERED.


Judge's signature: /s/ Sherry Radack
                              ☑ Acting individually      ☐ Acting for the Court

Date: December 20, 2016